[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11543
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-00215-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA CURTIS CLARK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 17, 2017)

Before MARTIN, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

William Hughes, appointed counsel for Joshua Clark in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clark's conviction and sentence are **AFFIRMED**.